1  STEVEN G. KALAR
   Federal Public Defender
2  RITA BOSWORTH
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700
   Telefacsimile: (415) 436-7706
5
   Counsel for Defendant BROOKS
6

**FILED**

FEB 2 6 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

| 12 | UNITED STATES OF AMERICA, | ) | No. CR-12-865 MEJ |
| 13 | Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER TO VACATE STATUS CONFERENCE, SCHEDULE CHANGE OF PLEA, AND PREPARE PSR |
| 14 | v. | ) | |
| 15 | PETER BROOKS, | ) | |
| 16 | Defendant. | ) | Current hearing date: February 28, 2013<br>Proposed hearing date: May 9, 2013 |

17

18    On February 7, 2013, Mr. Brooks made his initial appearance on a two-count information

19 charging him with trespassing and disorderly conduct, both misdemeanors. The Court set a

20 status conference for February 28. Upon conferring with counsel, Mr. Brooks has indicated that

21 he would like to plead guilty, pursuant to the government's written plea agreement. As such, he

22 requests that the Court vacate the current status conference set for February 28 and schedule a

23 change of plea and sentencing hearing for May 9. In order for the Court to have adequate

24 information to sentence him on the date of the change of plea, Mr. Brooks requests that the Court

25 order the probation office to prepare a pre-plea presentence report. The government does not

26 oppose this request.

27         IT IS SO STIPULATED.

28

*U.S. v. Brooks*, 12-865 MEJ  Stipulation to
vacate, reschedule, and prepare PSR

|  |  |
|---|---|
|  | MELINDA HAAG<br>United States Attorney |
| 2/25/13 | /s/ |
| DATED | MARC WOLF<br>Special Assistant United States Attorney |
|  |  |
|  | STEVEN KALAR<br>Federal Public Defender |
| 2/25/13 | /s/ |
| DATED | RITA BOSWORTH<br>Assistant Federal Public Defender |

In light of the parties' stipulation, it is hereby ORDERED that the status conference set for February 28, 2013, is VACATED, and it is further ORDERED that this matter will be scheduled for May 9, 2013, at 10:00 a.m., for a change of plea and sentencing hearing, and it is further ORDERED that the probation office shall prepare a pre-plea presentence report, which shall be prepared in accordance with the timeline set forth in 18 U.S.C. § 3552.

2/26/2013
DATED

MARIA ELENA JAMES
Chief United States Magistrate Judge

U.S. v. Brooks, 12-865 MEJ Stipulation to
vacate, reschedule, and prepare PSR                    2