| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | STEVEN G. KALAR<br>Federal Public Defender<br>RITA BOSWORTH<br>Assistant Federal Public Defender<br>450 Golden Gate Avenue<br>San Francisco, CA  94102<br>Telephone:  (415) 436-7700<br>Telefacsimile: (415) 436-7706<br><br>Counsel for Defendant BROOKS |

**FILED**

MAY 23 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>PETER BROOKS,<br><br>　　　　　　Defendant. | No. CR-12-865 (MEJ)<br><br>[~~PROPOSED~~] ORDER TO RELIEVE DEFENDANT OF OBLIGATION TO PAY FOR COUNSEL |

On February 7, 2013, Mr. Brooks made his initial appearance in magistrate court. He requested appointed counsel. Upon review of his financial affidavit, the Court appointed counsel but ordered him to pay $200 per month toward the cost of his representation. The defendant has since provided additional documentation to the probation office demonstrating that he is unable to pay any amount toward the cost of his representation. As such, it is hereby ORDERED that Mr. Brooks is relieved of any obligation to contribute money toward the cost of his representation.

DATE: 5-23-13

_____
MARIA-ELENA JAMES
United States Magistrate Judge

ORDER